No. 1020. TITLE GUARANTEE & TRUST COMPANY ET AL., PETITIONERS, *v.* JOHN G. WARD, AS UNITED STATES COLLECTOR, ETC. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals

for the Second Circuit denied. *Mr. H. T. Newcomb* and *Mr. Morris F. Frey* for the petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the respondent.